UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARYL LAMAR BERRY,

        Plaintiff,

v.

JUDGE JAY WHITE, *et al.*,

        Defendants.

Case No. C18-654-RSL

ORDER DISMISSING CIVIL RIGHTS ACTION

The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's amended complaint (Dkt. 6) and this action are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure of plaintiff to state any claim upon which relief may be granted under 42 U.S.C. § 1983.

//

//

ORDER DISMISSING
CIVIL RIGHTS ACTION - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

Dated this 21st day of August, 2018.

*[signature: Robert S. Lasnik]*

ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING
CIVIL RIGHTS ACTION - 2